**Order filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00577-CV

———————

### GIOVANNY LAGUAN, Appellant

### V.

### US BANK TRUST AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, Appellee

---

**On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 14-CCV-052983**

---

## O R D E R

Appellant's brief was due April 8, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 11, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM